UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Oak-hee Ruesch
  Plaintiff

vs.

James A. Goodhue,
Joseph Gray
  Defendants

CIVIL ACTION

NO.

04-12390 NG

referred to MJ JCAlexander

Motion for Restraining Order

Plaintiff Oak hee Ruesch ask this Courts to restrain any one pretending as Court appointed G.A.L. there isn't any one if in power. it's only my rent issue's not my legal rights in any manner. Attached letter from Roger C.E. Albrecht Benefits manager from the Commonwealth of Massachusetts Administrative office of the Trial Court dated June 8, 2004 indicates that no name was given other than Guardian Ad litem.

From same office Honorable Robert A. Cornetta Regional Administrative Justice's letter dated September 29, 2003 no names were given other than "consult Court appointed guardian and/or the attorneys representing you from South Middlesex Legal Services as to any questions or concerns you may have."

1.

Right after this letter my rent went up to $195.00 from $110.00 and the fees $25.00 each month. I checked court file I find nothing that my rights and interests were presented to court nor the new order.

All were done by Albert L. Shetter, mn. who pretended as court appointed G.A.L. to disrupt my legal rights to pursue because all done by him not to get caught.

My complaints are about bring people to justice who can not respect the authorities may learn from consequencies.

Even if court appointed G.A.L. by Lynda M. Connolly. still violations under the federal and State law and my civil rights. My apartment She evict me and replacement I recieved and again tried to displace me.

Please make stop my move of order from Dedham District court dated 10/25/04.

Oak hee Ruesch
Oak hee Ruesch
315 Weston Rd #A3
Wellesley, MA 02482
(781)237-5231

2.