UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
OAK-HEE RUESCH,                    )
                                   )
          Plaintiff,               )
                                   )    C.A. No. 04-12390-NG
          v.                       )
                                   )
JAMES A. GOODHUE and               )
JOSEPH GRAY,                       )
                                   )
          Defendants.
```

<u>ORDER OF DISMISSAL</u>

GERTNER, J.

In accordance with the Memorandum and Order dated November 17, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

November 18, 2004              By the Court,

                               <u>/s/ Rebecca Greenberg</u>
                               Deputy Clerk